FILED
U.S. DISTRICT COURT
IN THE UNITED STATES DISTRICT COURT DISTRICT OF MARYLAND
FOR THE DISTRICT OF MARYLAND

2001 DEC 21  P 2: 52

| | | |
|---|---|---|
| JAN S. McNUTT, | : | |
| Plaintiff, | : | CLERK'S OFFICE AT BALTIMORE |
| | | BY_____DEPUTY |
| v. | : | CIVIL NO. L-01-3164 |
| DEPARTMENT OF TREASURY, et al., | : | |
| Defendant. | : | |

...oOo...

## ORDER

Upon the Defendant's foregoing Motion for Enlargement of Time, and there being good cause therefore, it is this 21st day of December, 2001, hereby ORDERED

1. That Defendant's Motion be, and the same hereby is, GRANTED; and

2. That Defendant shall have until February 25, 2002, to answer, or otherwise respond to the complaint filed in this case.

_____
Benson Everett Legg
United States District Judge

