FILED
U.S. DISTRICT COURT
~~DISTRICT OF MARYLAND~~

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

2002 FEB 26  P 12: 13

AT BALTIMORE

_____DEPUTY

| | |
|---|---|
| **JAN S. McNUTT,** | : |
| **Plaintiff,** | : |
| **v.** | : **CIVIL NO. L-01-3164** |
| **DEPARTMENT OF TREASURY,** | : |
| **et al.,** | |
| | : |
| **Defendant.** | |

...oOo...

## ORDER

Upon the Defendant's foregoing Second Motion for Enlargement of Time, and there being good cause therefore, it is this 25TH day of February, 2002, hereby ORDERED

1. That Defendant's Motion be, and the same hereby is, GRANTED; and

2. That Defendant shall have until April 12, 2002, to answer, or otherwise respond to the complaint filed in this case.


_____
Benson Everett Legg
United States District Judge