IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAN S. McNUTT | * | |
| Plaintiff, | * | |
| v. | * | Civil No. L 01-3164 |
| DEPT. OF TREASURY,<br>INTERNAL REVENUE SERVICE,<br>Et al., | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

## LOCAL RULE 111.1 ORDER

This Court has been advised that the above action is being settled, including all counterclaims cross claims, and third-party claims, if any.

For this reason, it is this __16TH__ day of __April__, 2002, by the United States District Court for the District of Maryland,

ORDERED that this action is hereby dismissed with each party to bear its own costs, unless otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this Order is without prejudice to the right of a party to move for good cause to reopen this action if settlement is not reached sixty (60) days from the date this order is docketed.

IT IS FURTHER ORDERED that the Clerk of the Court mail copies of this Order to counsel for the parties.

_____
Benson Everett Legg
United States District Court