IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JAN S. McNUTT | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. L-01-3164 |
| | * | |
| DEPT. OF TREASURY, | * | |
| INTERNAL REVENUE SERVICE, | * | |
| Et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \*

## SECOND LOCAL RULE 111.1 ORDER

The parties previously agreed to settle this case. The Court entered a Local Rule 111.1 order

on or about April 16, 2002. Counsel for the parties are still attempting to effectuate settlement this

case but difficulties have arisen with regard to implementing the settlement. The parties agreed in

telephone conference on June 14, 2002, to seek a further 60 days to settle this case. Accordingly,

this Court is again being advised that the above action is settled, including all counterclaims cross

claims, and third-party claims, if any.

For this reason, it is this _19TH_ day of _June_ , 2002, by the United

States District Court for the District of Maryland,

ORDERED that this action is hereby dismissed with each party to bear its own costs, unless

otherwise agreed, in which event the costs shall be adjusted between the parties. The entry of this

Order is without prejudice to the right of a party to move for good cause to reopen this action if

settlement is not reached sixty (60) days from the date of this second order is docketed.

IT IS FURTHER ORDERED that the Clerk of the Court mail copies of this Order to counsel

for the parties.

Benson Everett Legg, USDJ

Benson Everett Legg
United States District Court



**U.S. Departn  i of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Thomas M. DiBiagio*<br>*United States Attorney*<br><br>*Larry D. Adams*<br>*Assistant United States Attorney* | *6625 United States Courthouse* ()<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4801*<br>*FAX 410-962-2310*<br>*Larry.Adams@usdoj.gov* |

<div align="center">June 17, 2002</div>

The Honorable Benson E. Legg
United States District Judge
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

<div align="center">Re: <u>McNutt v.  Treasury.</u><br>Civil Action: L 01-3164</div>

Dear Judge Legg:

The government is submitting a second Local Rule 111.1 order giving the parties another 60 days to work out the details of resolution of this case. The Coast Guard is having difficulties working through the financial service arm of the agency (which is actually administered by the Federal Aviation Administration). On June 14, the undersigned, along with the Coast Guard attorney, telephoned the Plaintiff and obtained his consent to this second order.

<div align="right" style="margin-right: 30%">Very truly yours,<br><br>Thomas M. DiBiagio<br>United States Attorney<br><br><br>By: _____<br>Larry D. Adams<br>Assistant United States Attorney</div>

Enclosure
cc: John Carroll, Esq. (Tax Division)
    LTC Judge, Esq. (Coast Guard)
    Jan McNutt, Esq. (Plaintiff)